UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> GULF OIL LIMITED PARTNERSHIP, <br><br> *Defendant*. | Civil Action No. 3:21-cv-00932-SVN |

## AMENDED SCHEDULING ORDER

The parties filed a Consent Motion to Amend the Scheduling Order of June 2, 2022 (ECF #68). After considering the parties' motion and for good cause shown, the Motion is **GRANTED**. The deadlines in the Amended Scheduling Order are amended as follows:

- **Discovery Deadline**. All discovery will be completed (not propounded) by **March 22, 2023**.

- **Fast Discovery**. Fact Discovery, including depositions of fact witnesses, will be completed (not propounded) by **October 24, 2022**.

- **Expert Discovery**. Discovery relating to expert witnesses will begin **October 24, 2022**. All discovery relating to expert witnesses will be completed (not propounded) by **March 22, 2023**. Unless otherwise ordered, a party intending to call any expert witnesses must comply with Fed. R. Civ. P. 26(a)(2)(B).
    - Parties must designate any trial experts and provide the other parties with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on any issues on which they bear the burden of proof by **November 22, 2022**. Depositions of such experts must be completed by **December 23, 2022**.
    - Parties must designate all trial experts and provide the other parties with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on any issues on which they do not bear the burden of proof by **February 24, 2023**. Depositions of such experts must be completed by **March 22, 2023**.

- Any motion related to preclusion of an expert must be filed by **March 22, 2023**.

- **Dispositive Motions**. Any motion for summary judgment or for judgment on the pleadings must be filed no later than **April 24, 2023**. The parties shall file response and reply briefs within the time limits set forth in the Local Rules of Civil Procedure.

- **Trial-Readiness**. If no summary judgment motions are filed, the parties shall be ready to proceed to trial beginning with jury selection on **June 28, 2023**. If any summary judgment motions are filed, the parties shall be ready to proceed to trial beginning with jury selection on **February 27, 2024**.

**SO ORDERED** this 7th day of June, 2022.

*/s/ Sarala v. Nagala*
**SARALA V. NAGALA**
**UNITED STATES DISTRICT JUDGE**
