# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONSERVATION LAW FOUNDATION, INC., | : | |
| | : | Case No.: 3:21-cv-00932-SVN |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PIKE FUELS LIMITED PARTNERSHIP, | : | |
| | : | |
| Defendant. | : | September 8, 2025 |

## JOINT STATUS REPORT

Plaintiff Conservation Law Foundation, Inc. ("CLF") and Defendant Pike Fuels Limited Partnership ("Pike") submit this status report in accordance with the Court's August 25, 2025 Order (Doc No. 280) to provide an update on the status of the parties' meet and confer process to resolve disputes concerning certain of CLF's First Set of Requests for Admission.

1. On September 2, 2025, the parties submitted a joint status report (Doc No. 285) stating that CLF would serve any revised Requests for Admission by September 4, 2025.

2. After the close of business on September 4, 2025, CLF served 19 further revised requests for admission ("RFAs"). CLF's further revised RFAs are attached as Exhibit A.

3. CLF did not make further revisions to four RFAs and asks Pike to respond to those RFAs as set out in CLF's June 25, 2025 letter.

4. As of the filing of this joint status report, counsel for Pike have drafted proposed responses and are in communication with their client to finalize the responses.

5. Pike anticipates being able to serve CLF the revised responses by September 9, 2025. Pike has identified certain RFAs that it can now answer. Pike's objections currently remain as to a number of other RFAs, but the parties shall meet and confer to resolve whatever additional RFAs that they can.

| | |
|---|---|
| Dated: September 8, 2025 | Respectfully submitted, |
| CONSERVATION LAW FOUNDATION, INC., | PIKE FUELS LIMITED PARTNERSHIP |
| By: /s/ *Ana McMonigle* | By: /s/ *John M. Doroghazi* |

Ana McMonigle (ct31370)  
Conservation Law Foundation, Inc.  
195 Church Street  
Mezzanine Level, Suite B  
New Haven, CT 06510  
Tel: (203) 298-7692  
E-mail: amcmonigle@clf.org  

Ameya Gehi (ct31327)  
Conservation Law Foundation, Inc.  
62 Summer Street  
Boston, MA 02110  
Tel: (617) 850-1795  
E-mail: agehi@clf.org  

Christopher M. Kilian (ct31122)  
Kenneth J. Rumelt (phv207130)*  
Conservation Law Foundation, Inc.  
15 East State Street, Suite 4  
Montpelier, VT 05602  
Tel: (802) 622-3020  
Tel: (802) 223-5992  
E-mail: ckilian@clf.org  
E-mail: krumelt@clf.org  

James Crowley (ct31319)  
Conservation Law Foundation, Inc.  
235 Promenade Street  
Suite 560, Mailbox 28  
Providence, RI 02908  
Tel: (401) 228-1905  
Email: jcrowley@clf.org  

Chance Raymond (ct31311)  
Chance the Lawyer, LLC  
650 Poydras Street  
Suite 1400 PMB #2574  
New Orleans, LA 70130  

John M. Doroghazi (ct28033)  
WIGGIN AND DANA LLP  
One Century Tower  
265 Church Street  
New Haven, CT 06510  
(203) 498-4421  
jdoroghazi@wiggin.com

Tel: (832) 671-6381
E-mail: chancethelawyer@gmail.com

**Admitted as Visiting Attorney*