# EXHIBIT D



For a thriving New England

CLF Connecticut   195 Church Street
Mezzanine Suite B
New Haven, CT 06510
P: 203.298.7690
www.clf.org

John Doroghazi
Pike Fuels Limited Partnership
Wiggin and Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06510
jdoroghazi@wiggin.com

September 24, 2025

        RE: *Conservation L. Found., Inc. v. Pike Fuels Ltd. P'ship*, No. 3:21-cv-00932-SVN (D. Conn.)
        – CLF's Further Revised Requests for Admission

Counsel,

    Pursuant to the Court's September 16, 2025 Order, ECF No. 285 and following up from the Parties' September 15, 2025 meet and confer, CLF writes to share its further revised First Set of Requests for Admission for RFA Nos. 21, 27, 28, 54, and 56, attached hereto as Exhibit A. CLF is open to a meet and confer should Pike need further discussion.

                                                            Best,

                                            /s/ *Ana McMonigle*
                                            Ana McMonigle
                                            CONSERVATION LAW FOUNDATION, INC.
                                            195 Church Street
                                            Mezzanine Level, Suite B
                                            New Haven, CT 06510
                                            (203) 298-7692
                                            amcmonigle@clf.org

      CC:     Christopher Kilian (ckilian@clf.org)
                 Ameya Gehi (agehi@clf.org)
                 Stephanie Yu (syu@clf.org)
                 Chance Raymond (chancethelawyer@gmail.com)
                 Chloe Booth (cbooth@wiggin.com)
                 Joshua Taylor (jtaylor@wiggin.com)
                 Zachary Lee (zlee@wiggin.com)

# EXHIBIT A[1]

| RFA No. | CLF's Further Revised Requests, September 4, 2025 | CLF's Further Revised Requests, September 24, 2025 |
|---|---|---|
| 21 | Admit that Defendant did not consider the impact of climate change factors on the potential of various sources at the Terminal to contribute pollutants to stormwater discharges when implementing stormwater management at the Terminal.<br><br>The term "climate change factors" means projected changes in sea level rise, frequency and intensity of storms, precipitation, storm surge, flooding, tides, or groundwater levels associated with climate change. The term "stormwater management" includes but is not limited to any measure to treat, dispose, divert, or otherwise manage stormwater at the Terminal. | Admit that when implementing stormwater management at the Terminal, Defendant did not consider the impact of climate change factors in Defendant's analysis of the potential of various sources at the Terminal to contribute pollutants to stormwater discharges.<br><br>The term "climate change factors" means projected changes in sea level rise, frequency and intensity of storms, precipitation, storm surge, flooding, tides, or groundwater levels associated with climate change. The term "stormwater management" includes but is not limited to any measure to treat, dispose, divert, or otherwise manage stormwater at the Terminal. |
| 27 | Admit that information Defendant submitted to CT DEEP regarding the Terminal did not include information relating to the impacts of climate change factors on the Terminal.<br><br>The "information Defendant submitted to CT DEEP" refers to information submitted in the SWPPPs and via another medium or manner. The term "climate change factors" means projected changes in sea level rise, frequency and intensity of storms, precipitation, storm surge, flooding, tides, or groundwater levels associated with climate change. | Admit that Defendant's submittals to CT DEEP did not include consideration of the impacts of climate change factors on the Terminal.<br><br>The term "climate change factors" means projected changes in sea level rise, frequency and intensity of storms, precipitation, storm surge, flooding, tides, or groundwater levels associated with climate change. The term "submittals" refers to information submitted in the SWPPPs and via another medium or manner. |

---

[1] Conservation Law Foundation, Inc. ("CLF") hereby incorporates (a) the Instructions and Definitions provided in CLF's First Set of Requests for Admission, dated April 30, 2025, (b) CLF's letter response to Pike Fuels Limited Partnership regarding these requests, dated June 25, 2025, and (c) CLF's letter further revising RFAs in response to Pike Fuels Limited Partnership, dated September 4, 2025.

1

| RFA No. | CLF's Further Revised Requests, September 4, 2025 | CLF's Further Revised Requests, September 24, 2025 |
|---|---|---|
| 28 | Admit that Defendant was aware of the potential for the impacts of climate change factors on the Terminal when it submitted information regarding the Terminal to CT DEEP, such as in the SWPPPs or via another medium or manner.<br><br>The term "climate change factors" means projected changes in sea level rise, frequency and intensity of storms, precipitation, storm surge, flooding, tides, or groundwater levels associated with climate change. | Admit that Defendant was aware of potential impacts of climate change factors on the Terminal when Defendant made submittals to CT DEEP.<br><br>The term "climate change factors" means projected changes in sea level rise, frequency and intensity of storms, precipitation, storm surge, flooding, tides, or groundwater levels associated with climate change. The term "submittals" refers to information submitted in the SWPPPs and via another medium or manner. |
| 54 | Admit that Defendant has been aware of and knows about any publications by any organizations, governmental bodies, or oil and gas entities concerning the impacts of climate change factors on coastal communities or coastal infrastructure.<br><br>The term "climate change factors" means projected changes in sea level rise, frequency and intensity of storms, precipitation, storm surge, flooding, tides, or groundwater levels associated with climate change. | 54a Admit that Defendant is aware of industry and/or governmental publications discussing the impacts of climate change factors on coastal communities.<br><br>The term "climate change factors" means projected changes in sea level rise, frequency and intensity of storms, precipitation, storm surge, flooding, tides, or groundwater levels associated with climate change.<br><br>54b Admit that Defendant is aware of industry and/or governmental publications discussing the impacts of climate change factors on coastal infrastructure.<br><br>The term "climate change factors" means projected changes in sea level rise, frequency and intensity of storms, precipitation, storm surge, flooding, tides, or groundwater levels associated with climate change. |

| RFA No. | CLF's Further Revised Requests, September 4, 2025 | CLF's Further Revised Requests, September 24, 2025 |
|---|---|---|
| 56 | Admit that Defendant has known about steps taken by oil and gas entities that own and/or operate, or have owned and/or operated, coastal bulk fuel storage facilities to adapt and prepare their infrastructure to withstand the impacts of climate change.<br><br>The term "climate change" means change in the state of the climate that can be identified by changes in the mean, extremes, and/or the variability of its properties and that persist for an extended period, typically decades or longer. | 56a Admit that Defendant could take steps to modify the Terminal to withstand the impacts of climate change.<br><br>The term "climate change" means change in the state of the climate that can be identified by changes in the mean, extremes, and/or the variability of its properties and that persist for an extended period, typically decades or longer. |
|  |  | 56b Admit that Defendant knows that other coastal fuel storage facilities have been modified to withstand the impacts of climate change.<br><br>The term "climate change" means change in the state of the climate that can be identified by changes in the mean, extremes, and/or the variability of its properties and that persist for an extended period, typically decades or longer. |