UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONSERVATION LAW FOUNDATION, INC., | : | |
| | : | Case No.: 3:21-cv-00932-SVN |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PIKE FUELS LIMITED PARTNERSHIP, | : | |
| | : | |
| Defendant. | : | October 6, 2025 |

**DEFENDANT'S MOTION TO COMPEL
EXPERT MATERIALS AND ADDITIONAL EXPERT TESTIMONY**

Defendant Pike Fuels Limited Partnership ("Pike") respectfully asks the Court to compel the production of expert witness reports and deposition transcripts of four expert witnesses from the matter captioned *CLF v. Shell Oil Co.*, No. 3:21-cv-00933-VDO (D. Conn.) (the "Shell Litigation").[1] Plaintiff Conservation Law Foundation, Inc. ("CLF") identified these individuals as testifying experts in both this case and the Shell Litigation. Pike also requests that it be allowed to take a second deposition of each of these experts, as CLF not only refused to produce the Shell Litigation transcripts and expert reports, but also instructed these experts at their depositions in this matter not to answer ***any*** questions about their opinions in the Shell Litigation.

For the reasons fully set forth in Pike's accompanying Memorandum of Law, there is no good-faith basis for CLF's conduct. Prior expert reports and testimony on the very same issues squarely before the Court in this case are extremely relevant and essential for full cross-examination of CLF's experts. Pike asks that the Court compel CLF to produce its highly relevant

---

[1] For purposes of this Motion and the accompanying Memorandum of Law and Declaration of John Doroghazi, Pike uses the term "Shell" in reference to the remaining defendants in the Shell Litigation, and not with reference to any particular Shell entity. The remaining defendants in the Shell Litigation are: Equilon Enterprises LLC (d/b/a Shell Oil Products US), Triton Terminaling LLC, and Motiva Enterprises LLC.

1

expert reports[2] and testimony from the Shell Litigation and allow Pike to take second depositions of CLF's experts disclosed both here and in the Shell Litigation.

Dated: October 6, 2025                                   Respectfully submitted,

                                                          PIKE FUELS LIMITED PARTNERSHIP

                                                          By: /s/ *John M. Doroghazi*
                                                              John M. Doroghazi (ct28033)
                                                              Joshua N. Taylor (ct29720)
                                                              WIGGIN AND DANA LLP
                                                              One Century Tower
                                                              265 Church Street
                                                              New Haven, CT 06510
                                                              T: 203.498.4421
                                                              F: 203.782.2889
                                                              jdoroghazi@wiggin.com
                                                              jtaylor@wiggin.com

---

[2] In asking for "expert reports", Pike is not asking that the Court compel production of specific documents produced and marked confidential by Shell in the Shell Litigation that are attached to or relied upon in the expert reports of Wendi Goldsmith, Robert Nairn, Mathew Barlow, and James O'Donnell, which would be subject to the protective order in the Shell Litigation. Pike is simply asking for the reports, the appendices, and the deposition transcripts. Pike is also asking that Dr. Nairn produce the underlying modeling data for any storm surge modeling, *i.e.*, data that demonstrates the intensity of the storm that was modeled to calculate the intensity of the storm and its predicted surge height.