# EXHIBIT D

**Booth, Chloe**

---

| | |
|---|---|
| **From:** | Doroghazi, John |
| **Sent:** | Monday, September 15, 2025 10:27 PM |
| **To:** | Ana McMonigle; Taylor, Joshua N.; Booth, Chloe; a.kanner@kanner-law.com; Ext. Guest - Chance Raymond; Ken Rumelt; Christopher Kilian; James Crowley; Ameya Gehi |
| **Cc:** | Lee, Zachary |
| **Subject:** | RE: [EXTERNAL] RE: CLF v. Pike Fuels Limited Partnership, No. 3:21-cv-00932-SVN |

Ana,

This position is unacceptable. You are clearly trying to hide your expert's prior opinion and testimony from us under the guise of confidentiality. Further our understanding is that Shell is concerned that if they share any of the transcripts or reports with us, even pursuant to joint defense or confidentiality agreements, you will try to weaponize that against them and claim that they have waived confidentiality. It is clear we need court intervention on this issue. To that end, we will be preparing a motion seeking to compel production of these documents, with a request that Judge Farrish order that (1) Pike may only share such documents with its outside counsel and experts; and (2) that the use of the documents in our case will be pursuant to the protective order (which can protect third party information) and will not be seen as a waiver of any confidentiality claims in the Shell case. We will also seek permission to redepose your experts as to any inconsistent statements made in the two matters.

--John

**John M. Doroghazi**
Direct: 203.498.4421 | jdoroghazi@wiggin.com
www.wiggin.com



BOSTON | CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | FLORIDA

---

**From:** Ana McMonigle <amcmonigle@clf.org>
**Sent:** Monday, September 15, 2025 10:18 PM
**To:** Taylor, Joshua N. <JTaylor@wiggin.com>; Booth, Chloe <CBooth@wiggin.com>; a.kanner@kanner-law.com; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Ken Rumelt <krumelt@clf.org>; Christopher Kilian <ckilian@clf.org>; James Crowley <jcrowley@clf.org>; Ameya Gehi <agehi@clf.org>
**Cc:** Doroghazi, John <JDoroghazi@wiggin.com>; Lee, Zachary <zlee@wiggin.com>
**Subject:** RE: [EXTERNAL] RE: CLF v. Pike Fuels Limited Partnership, No. 3:21-cv-00932-SVN

**WARNING!** External email. Do not click/open unexpected links/attachments.

Counsel,

My apologies for the delay in responding to your latest message. We needed additional time to confer internally regarding this issue.

1

At this time, our current position is as follows: CLF and our experts object to your subpoena request for the Shell CT expert reports and deposition transcripts on the grounds that it exceeds the requirements of Rule 26(a)(2)(B), seeks confidential or protected information, and is unduly burdensome. Regarding our claim that the request seeks confidential or protected information, CLF maintains that it would be a violation of the Standing Protective Order in the Shell CT case to produce the materials to Pike. Pike may request copies of those materials from the defendants in the Shell CT case. Should the defendants agree to produce copies of those materials, CLF asks that Pike provide copies of said materials to CLF.

Attached please find CLF's and Robert Nairn's objections and responses and CLF's and Wendi Goldsmith's revised objections and responses to Pike's deposition subpoena requests. In addition to their other objections and responses, CLF has provided the foregoing response therein. CLF will provide revised objections and responses from its other experts in the coming days prior to their depositions.

Best,
Ana

**Ana McMonigle**
Senior Attorney | CLF Connecticut
*Pronouns: she/her/hers*
**P**: 203.298.7692
**E**: amcmonigle@clf.org

**From:** Taylor, Joshua N. <JTaylor@wiggin.com>
**Sent:** Tuesday, September 9, 2025 5:19 PM
**To:** Ana McMonigle <amcmonigle@clf.org>; Booth, Chloe <CBooth@wiggin.com>; a.kanner@kanner-law.com; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Ken Rumelt <krumelt@clf.org>; Christopher Kilian <ckilian@clf.org>; James Crowley <jcrowley@clf.org>; Ameya Gehi <agehi@clf.org>
**Cc:** Doroghazi, John <JDoroghazi@wiggin.com>; Lee, Zachary <zlee@wiggin.com>
**Subject:** RE: [EXTERNAL] RE: CLF v. Pike Fuels Limited Partnership, No. 3:21-cv-00932-SVN

CAUTION: Email from outside CLF.

Ana,

We are not asking for information that would violate the protective order. If the reports are anything like those disclosed in this case, and we expect they are, then there are vast amounts of information not referring to or citing confidential documents. Further, your response suggests that CLF does not believe that there is any CLF confidential information in either the transcripts or reports. Please let us know immediately if there is any CLF information in them. We suspect there is not, but please confirm immediately. We will reach out to Shell's counsel directly to obtain copies of the transcripts and reports with any of their confidential information redacted.

Josh

**Joshua N. Taylor**
Counsel
Direct: 203.498.4398 | jtaylor@wiggin.com
www.wiggin.com



BOSTON | CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | FLORIDA

**From:** Ana McMonigle <amcmonigle@clf.org>
**Sent:** Tuesday, September 9, 2025 4:49 PM
**To:** Booth, Chloe <CBooth@wiggin.com>; a.kanner@kanner-law.com; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Ken Rumelt <krumelt@clf.org>; Christopher Kilian <ckilian@clf.org>; James Crowley <jcrowley@clf.org>; Ameya Gehi <agehi@clf.org>
**Cc:** Doroghazi, John <JDoroghazi@wiggin.com>; Lee, Zachary <zlee@wiggin.com>; Taylor, Joshua N. <JTaylor@wiggin.com>
**Subject:** RE: [EXTERNAL] RE: CLF v. Pike Fuels Limited Partnership, No. 3:21-cv-00932-SVN

**WARNING!** External email. Do not click/open unexpected links/attachments.

Chloe,

CLF maintains its position with respect to the experts' reports from the Shell CT case. Significantly, those reports have been marked confidential in the Shell CT matter given that they reference and discuss discovery materials produced and marked confidential by the parties to that case. If CLF or our experts were to produce their reports offered in the Shell CT case, we would be acting in violation of the Court's Standing Protective Order. To the extent that any party to the Shell CT case chooses to mark the expert deposition transcripts confidential in whole or in part, the same issue arises. Nevertheless, CLF is continuing to discuss internally the transcripts issue and anticipates that it will be able to provide an update later this week.

Best,
Ana

**Ana McMonigle**
Senior Attorney | CLF Connecticut
*Pronouns: she/her/hers*
**P**: 203.298.7692
**E**: amcmonigle@clf.org

**From:** Booth, Chloe <CBooth@wiggin.com>
**Sent:** Friday, September 5, 2025 8:12 PM
**To:** Ana McMonigle <amcmonigle@clf.org>; a.kanner@kanner-law.com; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Ken Rumelt <krumelt@clf.org>; Christopher Kilian <ckilian@clf.org>; James Crowley <jcrowley@clf.org>; Ameya Gehi <agehi@clf.org>
**Cc:** Doroghazi, John <JDoroghazi@wiggin.com>; Lee, Zachary <zlee@wiggin.com>; Taylor, Joshua N. <JTaylor@wiggin.com>
**Subject:** RE: [EXTERNAL] RE: CLF v. Pike Fuels Limited Partnership, No. 3:21-cv-00932-SVN

CAUTION: Email from outside CLF.

Ana,

Throughout this litigation CLF has consistently taken the position that what happens at other terminals is relevant and has sought discovery regarding the same. To now object to Pike's discovery requests concerning what happens at other terminals as irrelevant because the discovery relates to "separate matters that concern different bulk fuel storage terminals, defendants, and fact patterns," and that "any expert opinion, written or oral, that [expert] has provided in those matters concerns those terminals and those defendants, not the terminal at issue in this case or Pike" smacks of hypocrisy. CLF's objections to these subpoenas are frivolous, not supported by good faith and are pure gamesmanship. Having discussed internally with lead counsel, if CLF does not withdraw these

objections and produce the requested materials immediately, Pike will move to compel and will seek sanctions under Rule 37 and any other permissible basis.

Chloe

**Chloe Booth**
Direct: 212.551.2605 | cbooth@wiggin.com
www.wiggin.com



BOSTON | CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | FLORIDA

**From:** Ana McMonigle <amcmonigle@clf.org>
**Sent:** Friday, September 5, 2025 6:01 PM
**To:** Booth, Chloe <CBooth@wiggin.com>; a.kanner@kanner-law.com; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Ken Rumelt <krumelt@clf.org>; Christopher Kilian <ckilian@clf.org>; James Crowley <jcrowley@clf.org>; Ameya Gehi <agehi@clf.org>
**Cc:** Doroghazi, John <JDoroghazi@wiggin.com>; Lee, Zachary <zlee@wiggin.com>; Taylor, Joshua N. <JTaylor@wiggin.com>
**Subject:** RE: [EXTERNAL] RE: CLF v. Pike Fuels Limited Partnership, No. 3:21-cv-00932-SVN

**WARNING!** External email. Do not click/open unexpected links/attachments.

Chloe,

Attached please find CLF's, Mathew Barlow's, Wendi Goldsmith's, James O'Donnell's, and Robert Roseen's objections and responses to Pike's deposition subpoena requests.

Best,
Ana

**Ana McMonigle**
Senior Attorney | CLF Connecticut
*Pronouns: she/her/hers*
**P**: 203.298.7692
**E**: amcmonigle@clf.org

**From:** Booth, Chloe <CBooth@wiggin.com>
**Sent:** Thursday, September 4, 2025 5:55 PM
**To:** Ana McMonigle <amcmonigle@clf.org>; a.kanner@kanner-law.com; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Ken Rumelt <krumelt@clf.org>; Christopher Kilian <ckilian@clf.org>; James Crowley <jcrowley@clf.org>; Ameya Gehi <agehi@clf.org>
**Cc:** Doroghazi, John <JDoroghazi@wiggin.com>; Lee, Zachary <zlee@wiggin.com>; Taylor, Joshua N. <JTaylor@wiggin.com>
**Subject:** RE: [EXTERNAL] RE: CLF v. Pike Fuels Limited Partnership, No. 3:21-cv-00932-SVN

CAUTION: Email from outside CLF.

Ana,

After discussing internally, Pike will not be withdrawing the subpoena requests of CLF's experts. We do not understand CLF's position with respect to this issue. See Seawolf Tankers Inc. v. Laurel Shipping LLC, 345 F.R.D. 55, 59 (S.D.N.Y. 2023) ("Prior testimony of an expert can be critical to cross-examining the expert and attacking the expert's opinion. Indeed prior testimony may reveal whether the expert is genuine and properly following some scientific method with integrity or simply in the business of expressing whatever opinion is helpful to the party hiring the expert."; *id*. ("Nothing in the Federal Rules of Civil Procedure prevents this Court from compelling the production of expert-related documents that are relevant and proportional to the needs of the case. See Wagner v. Mr. Bults, Inc., 2010 WL 4781623, at *3 (D. Neb. Nov. 16, 2010) ('Clearly, [Rule 26(a)(2)(B)(v)] does not require disclosure of the reports sought by the plaintiff. Likewise, no other rule precludes the requested disclosure.').''); Wynne v. Town of E. Hartford, 2023 WL 1272892, at *2 (D. Conn. Jan. 31, 2023) (denying plaintiff's motion to compel responses to ROGs and RFPs served on defendant that were truly directed to defendant's expert and noting "[p]laintiff was free to serve a Rule 45 subpoena and request the information that he has requested. Plaintiff could have ... sought to have him produce documents within his custody and control."); Lippold v. BVI Emp. LLC, 2006 WL 8439565, at *1 (E.D.N.Y. Nov. 21, 2006) ("Several courts within this Circuit have held that transcripts in an expert's custody or control that contain testimony concerning any matters about which the expert is to testify must be produced. This prior testimony is relevant for impeachment purposes."); Evanko v. Elec. Sys. Assocs., Inc., 1993 WL 14458, at *3 (S.D.N.Y. Jan. 8, 1993) (subpoena containing document requests served on doctor in her capacity as plaintiff's expert on the emotional effects of the claimed mistreatment was not objectionable because the limits of discovery allow defendants to obtain "complete responses to the informational requests in a properly drafted set of interrogatories, [or] production...of any transcripts of prior testimony by [the doctor] (if in her possession or control) concerning the emotional effects of sexual harassment or discrimination."); Langley v. Coughlin, 1989 WL 436675, at *1 (S.D.N.Y. June 19, 1989) ("Defendants seek copies of the transcript of any prior testimony by class plaintiffs' expert Dr. Stuart Grassian. To the extent that such testimony concerns the psychological effects of placement of a prisoner in isolation or other matters concerning which Dr. Grassian will testify at trial, the prior testimony is plainly relevant to the issues in this case. Moreover, under Fed.R.Civ.P. 26(b)(4)(A)(ii) the Court has discretion to permit discovery of expert witnesses beyond the limited scope provided in Fed.R.Civ.P. 26(b)(4)(A)(i). Accordingly, as a condition for Dr. Grassian testifying on behalf of the plaintiff class at trial, plaintiffs are directed to obtain from him and provide to defendants copies of any transcripts in his custody or control that contain testimony by him concerning any matters about which he is to testify in this case."); see also Hussey v. State Farm Lloyds Ins. Co., 216 F.R.D. 591, 596 (E.D. Tex. 2003).

Best,
Chloe

Chloe Booth
Direct: 212.551.2605 | cbooth@wiggin.com
www.wiggin.com



BOSTON | CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | FLORIDA

---

**From:** Ana McMonigle <amcmonigle@clf.org>
**Sent:** Thursday, September 4, 2025 1:54 PM
**To:** Booth, Chloe <CBooth@wiggin.com>; a.kanner@kanner-law.com; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Ken Rumelt <krumelt@clf.org>; Christopher Kilian <ckilian@clf.org>; James Crowley <jcrowley@clf.org>; Ameya Gehi <agehi@clf.org>
**Cc:** Doroghazi, John <JDoroghazi@wiggin.com>; Lee, Zachary <zlee@wiggin.com>; Taylor, Joshua N. <JTaylor@wiggin.com>
**Subject:** RE: [EXTERNAL] RE: CLF v. Pike Fuels Limited Partnership, No. 3:21-cv-00932-SVN

**WARNING!** External email. Do not click/open unexpected links/attachments.

Chloe,

Thank you for speaking with me earlier. As I mentioned over the phone, CLF is wondering whether Pike would be willing to drop the subpoena requests of our experts and instead move forward with its requests for the same information via its Second Set of Requests for Production, which Pike issued on August 27th.

It is CLF's position that subpoena requests are not the proper vehicle for seeking such information from our experts under the Rules and, for that main reason, among others, CLF may move to quash the subpoenas. I believe the deadline to object to or file a motion to quash the subpoenas, except for Mr. Nairn's, is tomorrow, September 5th. Given that Pike has already issued the same requests via its August 27th Second Set of RFPs; that CLF is currently working to gather the requested information in Requests #1, #2, #3, and #4, subject to any objections; and, although CLF intends to object to producing the materials sought via Request #5, is willing to confer regarding Request #5 and Pike's other requests, CLF asks that Pike drop its subpoena requests so that the Parties may avoid unnecessary motions practice.

Please let us know by EOD tomorrow whether Pike is willing to drop its subpoena requests of our experts and instead move forward with its requests for the same information via its Second Set of RFPs.

Best,
Ana

**Ana McMonigle**
Senior Attorney | CLF Connecticut
*Pronouns: she/her/hers*
**P**: 203.298.7692
**E**: amcmonigle@clf.org

---

**From:** Ana McMonigle
**Sent:** Thursday, September 4, 2025 12:43 PM
**To:** Booth, Chloe <CBooth@wiggin.com>; a.kanner@kanner-law.com; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Ken Rumelt <krumelt@clf.org>; Christopher Kilian <ckilian@clf.org>; James Crowley <jcrowley@clf.org>; Ameya Gehi <agehi@clf.org>
**Cc:** Doroghazi, John <JDoroghazi@wiggin.com>; Lee, Zachary <zlee@wiggin.com>; Taylor, Joshua N. <JTaylor@wiggin.com>
**Subject:** RE: [EXTERNAL] RE: CLF v. Pike Fuels Limited Partnership, No. 3:21-cv-00932-SVN

Great, thank you. I will call you then.

**Ana McMonigle**
Senior Attorney | CLF Connecticut
*Pronouns: she/her/hers*
**P**: 203.298.7692
**E**: amcmonigle@clf.org

---

**From:** Booth, Chloe <CBooth@wiggin.com>
**Sent:** Thursday, September 4, 2025 12:42 PM
**To:** Ana McMonigle <amcmonigle@clf.org>; a.kanner@kanner-law.com; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Ken Rumelt <krumelt@clf.org>; Christopher Kilian <ckilian@clf.org>; James Crowley <jcrowley@clf.org>; Ameya Gehi <agehi@clf.org>
**Cc:** Doroghazi, John <JDoroghazi@wiggin.com>; Lee, Zachary <zlee@wiggin.com>; Taylor, Joshua N.

<JTaylor@wiggin.com>
**Subject:** RE: [EXTERNAL] RE: CLF v. Pike Fuels Limited Partnership, No. 3:21-cv-00932-SVN

CAUTION: Email from outside CLF.

Yes, that works for me.

Chloe Booth
Direct: 212.551.2605 | cbooth@wiggin.com
www.wiggin.com



BOSTON | CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | FLORIDA

**From:** Ana McMonigle <amcmonigle@clf.org>
**Sent:** Thursday, September 4, 2025 12:40 PM
**To:** Booth, Chloe <CBooth@wiggin.com>; a.kanner@kanner-law.com; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Ken Rumelt <krumelt@clf.org>; Christopher Kilian <ckilian@clf.org>; James Crowley <jcrowley@clf.org>; Ameya Gehi <agehi@clf.org>
**Cc:** Doroghazi, John <JDoroghazi@wiggin.com>; Lee, Zachary <zlee@wiggin.com>; Taylor, Joshua N. <JTaylor@wiggin.com>
**Subject:** RE: [EXTERNAL] RE: CLF v. Pike Fuels Limited Partnership, No. 3:21-cv-00932-SVN

**WARNING!** External email. Do not click/open unexpected links/attachments.

Thank you, Chloe. Could I give you a call at 1pm?

**Ana McMonigle**
Senior Attorney | CLF Connecticut
*Pronouns: she/her/hers*
**P**: 203.298.7692
**E**: amcmonigle@clf.org

**From:** Booth, Chloe <CBooth@wiggin.com>
**Sent:** Thursday, September 4, 2025 12:38 PM
**To:** Ana McMonigle <amcmonigle@clf.org>; a.kanner@kanner-law.com; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Ken Rumelt <krumelt@clf.org>; Christopher Kilian <ckilian@clf.org>; James Crowley <jcrowley@clf.org>; Ameya Gehi <agehi@clf.org>
**Cc:** Doroghazi, John <JDoroghazi@wiggin.com>; Lee, Zachary <zlee@wiggin.com>; Taylor, Joshua N. <JTaylor@wiggin.com>
**Subject:** RE: [EXTERNAL] RE: CLF v. Pike Fuels Limited Partnership, No. 3:21-cv-00932-SVN

CAUTION: Email from outside CLF.

Ana,

I am free all afternoon. Let me know when works for you.

Chloe

Chloe Booth
Direct: 212.551.2605 | cbooth@wiggin.com
www.wiggin.com



BOSTON | CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | FLORIDA

---

**From:** Ana McMonigle <amcmonigle@clf.org>
**Sent:** Thursday, September 4, 2025 12:32 PM
**To:** Booth, Chloe <CBooth@wiggin.com>; a.kanner@kanner-law.com; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Ken Rumelt <krumelt@clf.org>; Christopher Kilian <ckilian@clf.org>; James Crowley <jcrowley@clf.org>; Ameya Gehi <agehi@clf.org>
**Cc:** Doroghazi, John <JDoroghazi@wiggin.com>; Lee, Zachary <zlee@wiggin.com>; Taylor, Joshua N. <JTaylor@wiggin.com>
**Subject:** [EXTERNAL] RE: CLF v. Pike Fuels Limited Partnership, No. 3:21-cv-00932-SVN

**WARNING!** External email. Do not click/open unexpected links/attachments.

Counsel,

Are you available this afternoon for a quick phone call regarding the deposition subpoena requests?

Best,
Ana

**Ana McMonigle**
Senior Attorney | CLF Connecticut
*Pronouns: she/her/hers*
**P**: 203.298.7692
**E**: amcmonigle@clf.org

---

**From:** Ana McMonigle
**Sent:** Wednesday, September 3, 2025 12:38 PM
**To:** Booth, Chloe <CBooth@wiggin.com>; a.kanner@kanner-law.com; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Ken Rumelt <krumelt@clf.org>; Christopher Kilian <ckilian@clf.org>; James Crowley <jcrowley@clf.org>; Ameya Gehi <agehi@clf.org>
**Cc:** Doroghazi, John <JDoroghazi@wiggin.com>; Lee, Zachary <zlee@wiggin.com>; Taylor, Joshua N. <JTaylor@wiggin.com>
**Subject:** RE: CLF v. Pike Fuels Limited Partnership, No. 3:21-cv-00932-SVN

Thank you, Chloe.

**Ana McMonigle**
Senior Attorney | CLF Connecticut
*Pronouns: she/her/hers*
**P**: 203.298.7692
**E**: amcmonigle@clf.org

**From:** Booth, Chloe <CBooth@wiggin.com>
**Sent:** Tuesday, September 2, 2025 2:03 PM
**To:** a.kanner@kanner-law.com; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Ken Rumelt <krumelt@clf.org>; Christopher Kilian <ckilian@clf.org>; James Crowley <jcrowley@clf.org>; Ameya Gehi <agehi@clf.org>; Ana McMonigle <amcmonigle@clf.org>
**Cc:** Doroghazi, John <JDoroghazi@wiggin.com>; Lee, Zachary <zlee@wiggin.com>; Taylor, Joshua N. <JTaylor@wiggin.com>
**Subject:** RE: CLF v. Pike Fuels Limited Partnership, No. 3:21-cv-00932-SVN

CAUTION: Email from outside CLF.

Counsel,

Please find attached a revised deposition notice and subpoena for Robert Nairn.

Best,
Chloe

**Chloe Booth**
Direct: 212.551.2605 | cbooth@wiggin.com
www.wiggin.com



BOSTON | CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | FLORIDA

**From:** Kalinowski, Audra <akalinowski@wiggin.com>
**Sent:** Friday, August 22, 2025 11:17 AM
**To:** a.kanner@kanner-law.com; chancethelawyer@gmail.com; krumelt@clf.org; ckilian@clf.org; jcrowley@clf.org; agehi@clf.org; amcmonigle@clf.org
**Cc:** Doroghazi, John <JDoroghazi@wiggin.com>; Miller, Michael <MMiller@wiggin.com>; Booth, Chloe <CBooth@wiggin.com>; Lee, Zachary <zlee@wiggin.com>
**Subject:** CLF v. Pike Fuels Limited Partnership, No. 3:21-cv-00932-SVN

Counsel,

Attached please find your service copy of the Deposition Notices and Subpoenas in the above-referenced matter.

Thanks,
Audra

**Audra Kalinowski**
Litigation Paralegal Supervisor
Wiggin and Dana LLP
437 Madison Avenue, 35th Floor
New York, New York 10022
Pronouns: she/her/hers
Direct: 212.551.2883 | akalinowski@wiggin.com
www.wiggin.com

9



BOSTON | CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | FLORIDA

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected under applicable law from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic mail or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify the sender or **Wiggin and Dana LLP** at **203-498-4400** immediately and then delete the original message (including any attachments) in its entirety. We take steps to protect against viruses and other malicious code but advise you to carry out your own checks and precautions as we accept no liability for any which remain. We may monitor electronic mail sent to and from our server(s) to ensure regulatory compliance to protect our clients and business.

Disclosure under U.S. IRS Circular 230: **Wiggin and Dana LLP** informs you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.