# EXHIBIT F

**Booth, Chloe**

---

| | |
|---|---|
| **From:** | Ana McMonigle <amcmonigle@clf.org> |
| **Sent:** | Thursday, September 11, 2025 12:59 PM |
| **To:** | Taylor, Joshua N.; Booth, Chloe; Doroghazi, John |
| **Cc:** | Christopher Kilian; Ameya Gehi; Stephanie Yu; Ext. Guest - Chance Raymond; Lee, Zachary |
| **Subject:** | RE: [EXTERNAL] CLF v. Pike (D. Conn.) -- Expert Reports |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Completed |

**WARNING!** External email. Do not click/open unexpected links/attachments.

Counsel,

In further response to your requests, please see the information provided below and via the share file link. The password to access the share file remains the same. Additional information is forthcoming, including the experts' invoices.

EXPERT MATERIALS

Share File Link: https://conservation.files.com/f/188c08391d001ab4
Materials:
- A copy of Pugh, D.T (1987) "Sea-Level Science: Understanding Tides, Surges, Tsunamis and Mean Sea-Level Changes." J. Wiley and Sons. ISBN-13 978-0471915058, considered by Dr. James O'Donnell
- Certain materials considered by Dr. Wendi Goldsmith as noted below
- A corrected expert report by Dr. Robert Nairn
    - The corrected report includes an updated list of all materials considered and the following minor changes:
        - Page i: "July 25, 2025" to "September 11, 2025"
        - Page ii: "is the 100-year flood . . ." to "as the 100-year flood . . ."
        - Page iv: "(Connecticut Department of Energy and Environmental Protection, 2021)" to "(Connecticut Department of Energy and Environmental Protection, 2021, p. 20)"
        - Page v: "floating product (Triton, 2020a)" to "floating product (Triton, 2020a, p. 22, GULFNH-0000013847)"
        - Page 1: "Jamaica Bay" to "Jamaica Bay, NY"
        - Page 1: "Under my direction Baird are also . . ." to "Under my direction Baird is also . . ."
        - Page 1: "Baird are taking a lead role . . ." to "Baird is taking a lead role . . ."
        - Page 2: "Palm Beach County" to "Palm Beach County, FL"
        - Page 5: "floating product (Triton, 2020a)" to "floating product (Triton, 2020a, p. 22, GULFNH-0000013847)"
        - Page 7: "any flooding due to storm surge and wave overtopping . . ." to "any flooding due to storm surge overflow and wave overtopping . . ."
        - Page 7: "(or the combined effects of rainfall and storm surge/wave overtopping)" to "(or the combined effects of rainfall and storm surge overflow/wave overtopping)"
        - Page 11: "we modeled the peal overtopping rate . . ." to "we modeled the peak overflow rate . . ."

- Page 14: "North Atlantic Coast Comprehensive Study (NACSS)" to "North Atlantic Coast Comprehensive Study (NACCS"
- Page 34: "the 100-year and 500-year water level at the Site . . ." to "the 100-year and 500-year water levels at the Site . . ."
- Page 50: "With a 1.64ft of SLR . . ." to "With 1.64ft of SLR . . ."
- Page 62: "underestimates precipitation estimates" to "underestimates precipitation"
- Page 63: "FEMA and ASFPM states that . . ." to "FEMA and ASFPM state . . ."
- Page 63: "storm surge results full inundation" to "storm surge result in full inundation"
- Page 65: "the containment berm around the Site consist of . . ." to "the containment berm around the Site consists of . . ."
- Page 78: "Materials Considered" to "References Cited"
- Page 80: Citation updated to "Lin, N., Marsooli, R. & Colle, B.A. (2019). Storm surge return levels induced by mid-to-late-twenty-first-century extratropical cyclones in the Northeastern United States. Climatic Change 154, 143–158. https://doi.org/10.1007/s10584-019-02431-8"
- Page 83: Creation of Section 8
- Appendix D.1.2: "berm crest location" to "berm crest location, and the orange dashed line represents the ingress/egress routes shown in Figure 1.1."

- The following materials considered can be found on the public docket or, to CLF's knowledge, are in Pike's possession, custody, and control:
  - 1. #15321.1.pdf – ECF No. 123-1
  - 2. #15322.1.pdf – ECF No. 123-2
  - 3. #15323.1.pdf – ECF No. 123-3
  - 4. #15324.1.pdf – ECF No. 123-4
  - 5. #15325.1.pdf – ECF No. 123-5
  - 6. #15326.1.pdf – ECF No. 123-6
  - 7. #15327.1.pdf – ECF No. 123-7
  - 8. #15328.1.pdf – ECF No. 123
  - 164. #33285.1.pdf – E-mails, beginning with the date of July 10, 2024
  - 165. #33286.1.pdf – "Tank 8 Berm Erosion Repair" report by TEC Associates Consulting Engineers, dated April 2, 2024

- Certain materials considered by Dr. Nairn as provided in his corrected report
  - 164. #33285.1.pdf – E-mails, beginning with the date of July 10, 2024
  - 165. #33286.1.pdf – "Tank 8 Berm Erosion Repair" report by TEC Associates Consulting Engineers, dated April 2, 2024

WENDI GOLDSMITH'S EXPERT REPORT

**1. API Publications, "API 656 Natural Hazard Triggered Technological Storage Tank Events" (Dec. 19, 2022) We sent you a draft of this standard, dated 2021. There is no standard 565 in the API webstore, so we have reached out to them for help and have not been able to get a response yet.**

Dr. Wendi Goldsmith will continue to search for a copy of this document. Nevertheless, per Dr. Goldsmith, the 2021 draft version of this document is an acceptable replacement.

**2. Brown, K. A. (2006) Critical Path – A Brief History of Critical Infrastructure Protection in the United States (Spectrum Publishing Group, Inc. Fairfax, VA)**

The document is available here: https://cip.gmu.edu/wp-content/uploads/2016/06/CIPHS_CriticalPath.pdf

3. **Connecticut Department of Energy and Environmental Protection, Water Quality 305(b) Reports to Congress, available at [https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress/Archive-Previous-IWQR-Cycles](https://portal.ct.gov/DEEP/Water/Water-Quality/Water-Quality-305b-Report-to-Congress/Archive-Previous-IWQR-Cycles)**

**Available years are 2022 (current), 2020, 2018, 2016, 2014, 2012, 2010, 2008, 2006, 2004. If you know what year(s) you need, we can download them or they are freely available at the above link for Karen to download.**

Dr. Goldsmith's focused her review on the versions from 2012 through 2020, but she reviewed all versions.

4. **Gulf Oil Limited Partnership, "City of New Haven City Plan Commission, Application for Development Permit and Coastal Site Plan Review for New Bulk Storage and Additive Tanks" (May 2019)**
    **The City of New Haven City Plan Commission archive does not stretch back to 2019. We can call the city and inquire about the application if you approve.**

This source has been added to the share file.

5. **International Standard for Standardization (2009) International Standard: Risk management – Risk assessment techniques. International Electrochemical Commission**
6. **International Standard for Standardization (2021) ISO 3100:2018 Risk Management. United Nations Industrial Development Organization**

**I suspect that these are 31000:2018 and 31000:2009. 31000:2018 can be purchased from ISO but 31000:2009 is not listed for sale – we can call if you'd like. Or perhaps better to ask opposing counsel since their citations are incomplete.**

The versions cited are:
- ISO 31010:2009, available at [https://webstore.ansi.org/standards/iec/ieciso31010ed2009?gad_source=1&gad_campaignid=1041630452&gclid=EAIaIQobChMIlbmn9qvQjwMVTjEIBR2qMgjdEAAYAiAAEgKBrfD_BwE](https://webstore.ansi.org/standards/iec/ieciso31010ed2009?gad_source=1&gad_campaignid=1041630452&gclid=EAIaIQobChMIlbmn9qvQjwMVTjEIBR2qMgjdEAAYAiAAEgKBrfD_BwE); and
- ISO 31000:2018, available at [https://webstore.ansi.org/standards/iso/iso310002018riskmanagement](https://webstore.ansi.org/standards/iso/iso310002018riskmanagement).

7. **Kunreuther, H., & Useem, M., "Mastering Catastrophic Risk, How Companies Are Coping with Disruption" (Oxford University Press 2018) – did not order because delivery window too far out (per Josh)**

This book is available on Amazon with 2-day delivery.

8. **United States Army Corps of Engineers (2006), Interagency Performance Evaluation Task Force Report**

The permalink to the document is available here: [https://www.loc.gov/item/2006618548/](https://www.loc.gov/item/2006618548/)

9. **United States Army Corps of Engineers (2017), Shore Protection Manual**
**In the USACE digital library, I see 1977 and 1984 versions of Shore Protection Manual, both of which were digitized in 2017. If opposing counsel can confirm that one of those is what they are trying to cite, we can download for you.**

The 1984 version, which was digitized in 2017, is confirmed to be the correct one.

10. **United States Army Corps of Engineers, "Finding of No Significant Impact: Fairfield and New Haven Counties, Connecticut, Coastal Storm Risk Management Feasibility Study and Environmental Assessment" (Aug. 17, 2020)**

The document can be found here:
[https://www.nae.usace.army.mil/Portals/74/docs/Topics/FairField/Final%20Reports%20-%202024/NAE-%20FFNH-%20Final%20Report-%20App%20A4%20-%20Final%20FONSI.pdf](https://www.nae.usace.army.mil/Portals/74/docs/Topics/FairField/Final%20Reports%20-%202024/NAE-%20FFNH-%20Final%20Report-%20App%20A4%20-%20Final%20FONSI.pdf)

Best,
Ana

**Ana McMonigle**
Senior Attorney | CLF Connecticut
*Pronouns: she/her/hers*
**P**: 203.298.7692
**E**: amcmonigle@clf.org

---

**From:** Taylor, Joshua N. <JTaylor@wiggin.com>
**Sent:** Thursday, September 11, 2025 12:30 PM
**To:** Ana McMonigle <amcmonigle@clf.org>; Booth, Chloe <CBooth@wiggin.com>; Doroghazi, John <JDoroghazi@wiggin.com>
**Cc:** Christopher Kilian <ckilian@clf.org>; Ameya Gehi <agehi@clf.org>; Stephanie Yu <syu@clf.org>; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Lee, Zachary <zlee@wiggin.com>
**Subject:** RE: [EXTERNAL] CLF v. Pike (D. Conn.) -- Expert Reports

CAUTION: Email from outside CLF.

Ana – where is the expert compensation information, especially as to the Tuesday deponents? Apologies if I've missed it.

Joshua N. Taylor
Counsel
Direct: 203.498.4398 | jtaylor@wiggin.com
www.wiggin.com



BOSTON | CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | FLORIDA

---

**From:** Ana McMonigle <amcmonigle@clf.org>
**Sent:** Wednesday, September 10, 2025 8:58 PM
**To:** Booth, Chloe <CBooth@wiggin.com>; Doroghazi, John <JDoroghazi@wiggin.com>
**Cc:** Christopher Kilian <ckilian@clf.org>; Ameya Gehi <agehi@clf.org>; Stephanie Yu <syu@clf.org>; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Taylor, Joshua N. <JTaylor@wiggin.com>; Lee, Zachary <zlee@wiggin.com>
**Subject:** RE: [EXTERNAL] CLF v. Pike (D. Conn.) -- Expert Reports

**WARNING!** External email. Do not click/open unexpected links/attachments.

Counsel,

In further response to your requests, please see the information provided below and via the share file link. The password to access the share file is the same. Additional information is forthcoming.

EXPERT MATERIALS

Share File Link: https://conservation.files.com/f/188c08391d001ab4

Materials:
- Additional modeling-related files from Dr. Robert Nairn

JAMES O'DONNELL'S EXPERT REPORT

1. **NOAA (2025) Center for Operational Oceanographic Products and Services (CO-OPS) data server for New Haven. https://tidesandcurrents.noaa.gov/stationhome.html?id=8465705. (accessed February 1, 2025)**

The webpage concerns the data server for the New Haven station, and you can use various buttons on the page that allow you to navigate to where you can download data.

2. **Pugh, D.T (1987) "Sea-Level Science: Understanding Tides, Surges, Tsunamis and Mean Sea-Level Changes." J. Wiley and Sons. ISBN-13 978-0471915058**

Pugh's monograph is available from Southampton University: https://eprints.soton.ac.uk/19157/1/sea-level.pdf.

3. **Reidy, M.S. (2008) "Tides of History". Univ. of Chicago Press, Chicago, IL 60637. ISBN-13 9780226709321**

Reidy's book is available through Googlebooks at:
https://play.google.com/store/books/details?id=Ecv9JrA0wdkC&rdid=book-Ecv9JrA0wdkC&rdot=1&source=gbs_atb.

4. **"On page 2, it says: " I authored a report that reviewed current science and local sea level observations and testified to the Joint Committee on the Environment and at a public meeting in which I advised that towns plan for sea level that could be up to twenty inches higher in 2050." Can you 1) confirm and identify if this report is listed in Dr. O'Donnell's publications, and share a copy if it is not publicly available and 2) provide sufficient identifying information regarding his testimony before the Joint Committee on the Environment and "at a public meeting" such that we can search for publicly available records."**

The report is listed as "O'Donnell J. (2019) Sea level Rise in Connecticut. Final Report to Connecticut Department of Energy and Environmental Protection. [Internet]. Groton CT: CIRCA" in the Materials Considered section of Dr. O'Donnell's expert report. A copy of CT DEEP's report on the public hearing can be found here: https://portal.ct.gov/deep/coastal-resources/coastal-hazards/sea-level-rise.

Best,
Ana

**Ana McMonigle**
Senior Attorney | CLF Connecticut
*Pronouns: she/her/hers*
**P**: 203.298.7692
**E**: amcmonigle@clf.org

---

**From:** Ana McMonigle
**Sent:** Tuesday, September 9, 2025 5:31 PM
**To:** 'Booth, Chloe' <CBooth@wiggin.com>; 'Doroghazi, John' <JDoroghazi@wiggin.com>
**Cc:** Christopher Kilian <ckilian@clf.org>; Ameya Gehi <agehi@clf.org>; Stephanie Yu <syu@clf.org>; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; 'Taylor, Joshua N.' <JTaylor@wiggin.com>; 'Lee, Zachary' <zlee@wiggin.com>
**Subject:** RE: [EXTERNAL] CLF v. Pike (D. Conn.) -- Expert Reports

Counsel,

In response to your request for copies of certain materials referenced by CLF's experts in their reports, please see the information provided below. Additionally, please find certain materials requested via the share link provided below. I will send the password separately. Additional information and materials are forthcoming.

EXPERT MATERIALS

Share File Link: https://conservation.files.com/f/188c08391d001ab4
Materials:
- Dr. Wendi Goldsmith's CV
- Dr. Robert Nairn's modeling-related files and site visit materials
    - Additional modeling files are forthcoming

MATHEW BARLOW'S EXPERT REPORT

1. **Fourier, J., 1824: Remarques Generales sur les Temperatures Du Globe Terrestre et des Espaces Planetaires.** *Annales de Chimie et de Physique*, 27, 136–167

A copy of the original Fourier paper is available at BNF Gallica: https://gallica.bnf.fr/ark:/12148/bpt6k65708960/f142.item. An English translation is available here: https://nsdl.library.cornell.edu/websites/wiki/index.php/PALE_ClassicArticles/archives/classic_articles/issue1_global_warming/n1-Fourier_1824corrected.pdf

2. **Pouillet, C., 1838. Mémoire su la chaleur solaire, sur les pouvoirs rayonnants et absorbants de l'air atmosphérique, et sur les températures de l'espace. Comptes Rendus de lA'cadémie des Sciences 7, no. 2, 24-65**

The Pouillet memoir is also available at BNF Gallica: https://gallica.bnf.fr/ark:/12148/bpt6k95017r.r=Mémoire+sur+la+chaleur+solaire,+sur+les+pouvoirs+rayonnants+et+absorbants+de+l'air+atmosphérique+et+sur+la+température+de+l'espace.langFR

An English translation is available here: https://nsdl.library.cornell.edu/websites/wiki/index.php/PALE_ClassicArticles/archives/classic_articles/issue1_global_warming/n2-Poulliet_1837corrected.pdf

3. **Tyndall, J. 1861, On the absorption and radiation of heat by gases and vapours,** *Phil. Mag*, **22, 169-194, 273-285.**

The Tyndall paper is available at the journal website:
https://www.tandfonline.com/toc/tphm15/22/146?nav=tocList

ROBERT NAIRN'S EXPERT REPORT

1. **Binera (2024). Managing Climate Change Risk for Naval Facilities Vulnerable to Surge Inundation. S23-CORE6.2-12: Coastal Inundation and Climate Change Risk Planning. Report Prepared for the Office of Naval Research.**

This report is not publicly available and is confidential. We have included it in the share file.

2. **Hersbach, H., Bell, B., Berrisford, P., Hirahara, S., Horányi, A., Muñoz-Sabater, J., Nicolas, J., Peubey, C., Radu, R., Schepers, D., Simmons, A., Soci, C., Abdalla, S., Abellan, X., Balsamo, G., Bechtold, P., Biavati, G., Bidlot, J., Bonavita, M., De Chiara, G., Dahlgren, P., Dee, D., Diamantakis, M., Dragani, R., Flemming, J., Forbes, R., Fuentes, M., Geer, A., Haimberger, L., Healy, S., Hogan, R.J., Hólm, E., Janisková, M.,**

Keeley, S., Laloyaux, P., Lopez, P., Lupu, C., Radnoti, G., de Rosnay, P., Rozum, I., Vamborg, F.,Villaume, S., Thépaut, J-N. (2017): Complete ERA5 from 1979: Fifth generation of ECMWF atmospheric reanalyses of the global climate. Copernicus Climate Change Service (C3S) Data Store (CDS). (Accessed on 24-FEB-2023).

The report is available here: https://cds.climate.copernicus.eu/datasets/reanalysis-era5-complete?tab=overview

3. Lin, L., Wang, Y., & Liu, Y. (2019). The timing of East Asian summer monsoon onset in the last four decades: a re-calibration and further evaluation of the Xia and Juang (1999) method. International Journal of Climatology, 39(6), 2956-2969.

This is an incorrect citation. The proper citation is:
Lin, N., Marsooli, R. & Colle, B.A. Storm surge return levels induced by mid-to-late-twenty-first-century extratropical cyclones in the Northeastern United States. Climatic Change 154, 143–158 (2019). https://doi.org/10.1007/s10584-019-02431-8

4. Triton Environmental., Inc. (2020c). City of New Haven, Connecticut – Application for Development Permit. Retrieved from #15324.1.

This document can be found at ECF No. 123.4.

Best,
Ana

**Ana McMonigle**
Senior Attorney | CLF Connecticut
*Pronouns: she/her/hers*
**P**: 203.298.7692
**E**: amcmonigle@clf.org

**From:** Ana McMonigle
**Sent:** Monday, September 8, 2025 11:14 PM
**To:** Booth, Chloe <CBooth@wiggin.com>; Doroghazi, John <JDoroghazi@wiggin.com>
**Cc:** Christopher Kilian <ckilian@clf.org>; Ameya Gehi <agehi@clf.org>; Stephanie Yu <syu@clf.org>; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Taylor, Joshua N. <JTaylor@wiggin.com>; Lee, Zachary <zlee@wiggin.com>
**Subject:** RE: [EXTERNAL] CLF v. Pike (D. Conn.) -- Expert Reports

Chloe,

Our experts are in the process of compiling the sources and information you requested, including the modeling-related information, and we should be able to provide most, if not all, of it this week. We have also finished collecting the expert invoices and will produce those this week as well.

Best,
Ana

**Ana McMonigle**
Senior Attorney | CLF Connecticut
*Pronouns: she/her/hers*
**P**: 203.298.7692
**E**: amcmonigle@clf.org

**From:** Booth, Chloe <CBooth@wiggin.com>
**Sent:** Thursday, September 4, 2025 10:32 AM

**To:** Ana McMonigle <amcmonigle@clf.org>; Doroghazi, John <JDoroghazi@wiggin.com>
**Cc:** Christopher Kilian <ckilian@clf.org>; Ameya Gehi <agehi@clf.org>; Stephanie Yu <syu@clf.org>; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Taylor, Joshua N. <JTaylor@wiggin.com>; Lee, Zachary <zlee@wiggin.com>
**Subject:** RE: [EXTERNAL] CLF v. Pike (D. Conn.) -- Expert Reports

CAUTION: Email from outside CLF.

Ana,

Following up on our request for missing information regarding modeling or analyses or unidentified documents and figures in the reports.

Thank you.

Chloe Booth
Direct: 212.551.2605 | cbooth@wiggin.com
www.wiggin.com



BOSTON | CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | FLORIDA

---

**From:** Booth, Chloe <CBooth@wiggin.com>
**Sent:** Tuesday, September 2, 2025 12:57 PM
**To:** Ana McMonigle <amcmonigle@clf.org>; Doroghazi, John <JDoroghazi@wiggin.com>
**Cc:** Christopher Kilian <ckilian@clf.org>; Ameya Gehi <agehi@clf.org>; Stephanie Yu <syu@clf.org>; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Taylor, Joshua N. <JTaylor@wiggin.com>; Lee, Zachary <zlee@wiggin.com>
**Subject:** RE: [EXTERNAL] CLF v. Pike (D. Conn.) -- Expert Reports

Ana,

Thanks for your response.

When can we expect to receive the additional compensation information?

With respect to missing information regarding modeling or analyses or unidentified documents and figures in the reports, I only used Nairn and Roseen as examples and we ask that your provide the same information for the other expert reports to the extent needed.

As for copies of materials referenced, we are working on collecting publicly available documents and will send lists of those we cannot locate. For those we cannot find, we ask that you produce copies. As a start, below are sources from the O'Donnell report we could not locate:

1. NOAA (2025) Center for Operational Oceanographic Products and Services (CO-OPS) data server for New Haven. https://tidesandcurrents.noaa.gov/stationhome.html?id=8465705. (accessed February 1, 2025)
2. Pugh, D.T (1987) "Sea-Level Science: Understanding Tides, Surges, Tsunamis and Mean Sea-Level Changes." J. Wiley and Sons. ISBN-13 978-0471915058

3. Reidy, M.S. (2008) "Tides of History". Univ. of Chicago Press, Chicago, IL 60637. ISBN-13 9780226709321

Additionally, O'Donnell cited: NASA (2025) https://sealevel.nasa.gov/ipcc-ar6-sea-level-projection-tool (accessed March 10, 2025). We were able to access this but it is an interactive website. Can you confirm what O'Donnell used/did on the website?

Thanks,
Chloe

**Chloe Booth**
Direct: 212.551.2605 | cbooth@wiggin.com
www.wiggin.com



BOSTON | CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | FLORIDA

---

**From:** Ana McMonigle <amcmonigle@clf.org>
**Sent:** Wednesday, August 27, 2025 1:16 PM
**To:** Booth, Chloe <CBooth@wiggin.com>; Miller, Michael <MMiller@wiggin.com>; Doroghazi, John <JDoroghazi@wiggin.com>
**Cc:** Christopher Kilian <ckilian@clf.org>; Ameya Gehi <agehi@clf.org>; Stephanie Yu <syu@clf.org>; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Taylor, Joshua N. <JTaylor@wiggin.com>; Lee, Zachary <zlee@wiggin.com>
**Subject:** RE: [EXTERNAL] CLF v. Pike (D. Conn.) -- Expert Reports

> **WARNING!** External email. Do not click/open unexpected links/attachments.

Chloe,

Regarding your request for additional compensation-related information, CLF can gather this information and provide it to you before the experts' depositions. It appears that this information is covered by Request 1 in Attachment A to the deposition notices and subpoenas. Please advise otherwise.

As for your request for copies of all materials referenced in our experts' reports, CLF can certainly review and, to the extent necessary, update our experts' lists of materials considered, making sure to list all Bates-stamped documents considered, as well as any other sources. This should hopefully address your concerns about the more generalized statements in our experts' reports regarding materials considered. Additionally, we do not believe we should have to produce copies of Bates-stamped documents that have already been produced in this litigation because Pike should already have them in its possession. We can, however, produce materials referenced that Pike is unable to locate and/or is having trouble accessing. Please provide a list of those materials.

As for your other requests that are specific to Rob Roseen's report, the sentences you quoted are summary sentences at the beginning of his report. Mr. Roseen referenced specific sources from that pool of documents that he reviewed at various points throughout the remainder of his report. Again, we will review and update Mr. Roseen's list of materials considered as explained above. We can also work with Mr. Roseen to update his report to better identify the Bates numbers for any figures therein.

As for your request for "full disclosure of the model or underlying assumptions or the like," which reports are you referring to? Are you referring to Rob Nairn's and Mr. Roseen's expert reports?

Best,
Ana

**Ana McMonigle**
Senior Attorney | CLF Connecticut
*Pronouns: she/her/hers*
**P**: 203.298.7692
**E**: amcmonigle@clf.org

---

**From:** Booth, Chloe <CBooth@wiggin.com>
**Sent:** Friday, August 22, 2025 9:18 AM
**To:** Ana McMonigle <amcmonigle@clf.org>; Miller, Michael <MMiller@wiggin.com>; Doroghazi, John <JDoroghazi@wiggin.com>
**Cc:** Christopher Kilian <ckilian@clf.org>; Ameya Gehi <agehi@clf.org>; Stephanie Yu <syu@clf.org>; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Taylor, Joshua N. <JTaylor@wiggin.com>; Lee, Zachary <zlee@wiggin.com>
**Subject:** RE: [EXTERNAL] CLF v. Pike (D. Conn.) -- Expert Reports

CAUTION: Email from outside CLF.

Ana,

A few items to address in response.

First, as to expert compensation, we see that you have disclosed your experts hourly rate. However, we are entitled to know how much your expert has been compensated in total to date. Thus, we request that CLF disclose 1) the number of hours worked to date by each expert 2) any individuals who helped the expert, their rates and hours worked to date, and 3) total paid to each expert to date.

Second, each of the expert reports contain pages upon pages of "materials referenced," many of which do not contain hyperlinks and/or hasn't been accompanied by a production document. It is one thing if each expert had disclosed, for example, 5-10 sources that were accompanied with hyperlinks for easy access. It is quite another to disclose hundreds of articles and tell the opposing party to go find them, and hopefully they are all the right ones. As such, we ask that CLF produce copies of all "materials referenced" in each expert report so that CLF complies with its obligations under the Federal Rules. See  Clark v. Quiros, 2022 WL 3716355, at *8 (D. Conn. Aug. 29, 2022) ("Rule 26(a)(2)(B)(ii) requires an expert report to include the facts or data considered by the witness in forming the expert's opinions. Fed. R. Civ. P. 26(a)(2)(B)(ii). The Advisory Committee notes to the 2010 amendment to the Federal Rules of Civil Procedure emphasizes that 'facts or data' be interpreted broadly to require disclosure of any material considered by the expert, from whatever source, that contains factual ingredients."); First Choice Armor & Equip., Inc. v. Toyobo Am., Inc., 273 F.R.D. 360, 361–62 (D. Mass. 2011) ("Pursuant to Fed.R.Civ.P. 26(a)(2)(B)(ii) and (iii), the facts or data considered by an expert witness in forming his opinion and the exhibits that will be used to summarize or support those opinions must be disclosed.") (emphasis added).

Third, there are several instances where the experts cite documents without specifically describing which documents they are. For example, page 5 of the Roseen report says, "The documents reviewed in drafting this report were those provided to CLF by Gulf in this litigation and predate the sale of the

Terminal in April 2024. Additionally, I accompanied CLF on a visit to the Terminal on December 19, 2023. Consequently, any conclusions reached about the Terminal are limited to such documents and site visit and do not include documents from the current owner and operator of the Terminal." There is no way from this sentence that Pike can fathomably determine which of Pike's thousands of documents Dr. Roseen considered and what he considered from the site visit. We ask that for each instance of similar reference, CLF identify, by bates number, each document being cited, or provide copies of documents or pictures for which there are no bates numbers. By way of another example, Dr. Roseen's report incorporates numerous pictures as figures but they are not identified by bates stamp – Pike therefore cannot determine where the image came from nor can it confirm if the image was produced in discovery, or say for example, it was taken during the site visit. All such references must be updated. The reports also appear to contain various modelling and analyses without full disclosure of the model or underlying assumptions or the like. These inherently make the expert reports incomplete and Pike requests that the reports be amended to reflect the full scope of these sources. Without this, Pike's experts cannot credibly evaluate the work done by CLF's experts, and CLF is not in compliance with its obligations under Rule 26.

Given that Pike will begin deposing CLF's experts in the next two weeks or so, your prompt attention to these matters is appreciated.

Best,
Chloe

Chloe Booth
Direct: 212.551.2605 | cbooth@wiggin.com
www.wiggin.com



BOSTON | CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | FLORIDA

---

**From:** Ana McMonigle <amcmonigle@clf.org>
**Sent:** Thursday, August 21, 2025 1:03 PM
**To:** Booth, Chloe <CBooth@wiggin.com>; Miller, Michael <MMiller@wiggin.com>; Doroghazi, John <JDoroghazi@wiggin.com>
**Cc:** Christopher Kilian <ckilian@clf.org>; Ameya Gehi <agehi@clf.org>; Stephanie Yu <syu@clf.org>; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Taylor, Joshua N. <JTaylor@wiggin.com>; Lee, Zachary <zlee@wiggin.com>
**Subject:** RE: [EXTERNAL] CLF v. Pike (D. Conn.) -- Expert Reports

**WARNING!** External email. Do not click/open unexpected links/attachments.

Chloe,

Rule 26(a)(2)(B)(ii) requires an expert report to contain "the facts or data considered by the witness in forming [their opinions]." Our experts have done so either through citations/references in the body of their reports and/or in their lists of materials considered.

To help us better address your request, could you please let us know what "several reference materials are not easily locatable"? I assume you are not referring to referenced materials that have already been produced in this case or documents that are publicly available.

Best,
Ana

**Ana McMonigle**
Senior Attorney | CLF Connecticut
*Pronouns: she/her/hers*
**P**: 203.298.7692
**E**: amcmonigle@clf.org

**From:** Booth, Chloe <CBooth@wiggin.com>
**Sent:** Thursday, August 21, 2025 11:57 AM
**To:** Ana McMonigle <amcmonigle@clf.org>; Miller, Michael <MMiller@wiggin.com>; Doroghazi, John <JDoroghazi@wiggin.com>
**Cc:** Christopher Kilian <ckilian@clf.org>; Ameya Gehi <agehi@clf.org>; Stephanie Yu <syu@clf.org>; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Taylor, Joshua N. <JTaylor@wiggin.com>; Lee, Zachary <zlee@wiggin.com>
**Subject:** Re: [EXTERNAL] CLF v. Pike (D. Conn.) -- Expert Reports

CAUTION: Email from outside CLF.

Ana,

Following up on this request.

Thank you.

Get Outlook for iOS

**From:** Booth, Chloe <CBooth@wiggin.com>
**Sent:** Tuesday, August 19, 2025 1:22:04 PM
**To:** Ana McMonigle <amcmonigle@clf.org>; Miller, Michael <MMiller@wiggin.com>; Doroghazi, John <JDoroghazi@wiggin.com>
**Cc:** Christopher Kilian <ckilian@clf.org>; Ameya Gehi <agehi@clf.org>; Stephanie Yu <syu@clf.org>; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>; Taylor, Joshua N. <JTaylor@wiggin.com>; Lee, Zachary <zlee@wiggin.com>
**Subject:** RE: [EXTERNAL] CLF v. Pike (D. Conn.) -- Expert Reports

Ana,

In reviewing CLF's expert reports, it has come to our attention that several reference materials are not easily locatable. As such, we ask that CLF provide copies of all reference materials listed in CLF's five expert reports.

Thank you,
Chloe

Chloe Booth
Direct: 212.551.2605 | cbooth@wiggin.com
www.wiggin.com



BOSTON | CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | FLORIDA

---

**From:** Ana McMonigle <amcmonigle@clf.org>
**Sent:** Monday, August 4, 2025 11:06 PM
**To:** Miller, Michael <MMiller@wiggin.com>; Doroghazi, John <JDoroghazi@wiggin.com>; Booth, Chloe <CBooth@wiggin.com>
**Cc:** Christopher Kilian <ckilian@clf.org>; Ameya Gehi <agehi@clf.org>; Stephanie Yu <syu@clf.org>; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>
**Subject:** RE: [EXTERNAL] CLF v. Pike (D. Conn.) -- Expert Reports

**WARNING!** External email. Do not click/open unexpected links/attachments.

Counsel,

Please find CLF's expert reports using the link below. The link will expire on August 18, 2025. CLF will send the password separately.

https://conservation.files.com/f/0a05171f50dd7a93

CLF will be disclosing its final expert report no later than August 11, 2025, pursuant to Judge Nagala's recent Order granting CLF's request for an extension of time. ECF No. 262.

Best,
Ana

**Ana McMonigle**
Senior Attorney | CLF Connecticut
*Pronouns: she/her/hers*
**P**: 203.298.7692
**E**: amcmonigle@clf.org

---

**From:** Ana McMonigle
**Sent:** Monday, July 28, 2025 11:51 AM
**To:** Miller, Michael <MMiller@wiggin.com>; Doroghazi, John <JDoroghazi@wiggin.com>; Booth, Chloe <CBooth@wiggin.com>
**Cc:** Christopher Kilian <ckilian@clf.org>; Ameya Gehi <agehi@clf.org>; Stephanie Yu <syu@clf.org>; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>
**Subject:** RE: [EXTERNAL] CLF v. Pike (D. Conn.) -- Expert Reports

Thank you, Mike.

**Ana McMonigle**
Senior Attorney | CLF Connecticut
*Pronouns: she/her/hers*
**P**: 203.298.7692
**E**: amcmonigle@clf.org

**From:** Miller, Michael <MMiller@wiggin.com>
**Sent:** Monday, July 28, 2025 11:41 AM
**To:** Ana McMonigle <amcmonigle@clf.org>; Doroghazi, John <JDoroghazi@wiggin.com>; Booth, Chloe <CBooth@wiggin.com>
**Cc:** Christopher Kilian <ckilian@clf.org>; Ameya Gehi <agehi@clf.org>; Stephanie Yu <syu@clf.org>; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>
**Subject:** Re: [EXTERNAL] CLF v. Pike (D. Conn.) -- Expert Reports

CAUTION: Email from outside CLF.

That is fine, yes. Thank you, Ana.

Mike Miller
**Wiggin and Dana LLP**
Partner
mmiller@wiggin.com
T: 203-909-7662

---

**From:** Ana McMonigle <amcmonigle@clf.org>
**Sent:** Monday, July 28, 2025 11:30:16 AM
**To:** Miller, Michael <mmiller@wiggin.com>; Doroghazi, John <JDoroghazi@wiggin.com>; Booth, Chloe <CBooth@wiggin.com>
**Cc:** Christopher Kilian <ckilian@clf.org>; Ameya Gehi <agehi@clf.org>; Stephanie Yu <syu@clf.org>; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>
**Subject:** RE: [EXTERNAL] CLF v. Pike (D. Conn.) -- Expert Reports

**WARNING!** External email. Do not click/open unexpected links/attachments.

Mike,

CLF intends to file a motion to extend the deadline to submit this expert's report today. Give Pike's prior response, CLF will note in the motion that Pike consents/does not object to CLF's requested extension, but please let me know otherwise. CLF intends to file the motion this afternoon (before 5pm).

Best,
Ana

**Ana McMonigle**
Senior Attorney | CLF Connecticut
*Pronouns: she/her/hers*
**P**: 203.298.7692
**E**: amcmonigle@clf.org

**From:** Ana McMonigle
**Sent:** Thursday, July 24, 2025 1:27 PM
**To:** Miller, Michael <mmiller@wiggin.com>; Doroghazi, John <JDoroghazi@wiggin.com>; Booth, Chloe <CBooth@wiggin.com>
**Cc:** Christopher Kilian <ckilian@clf.org>; Zack Manley <zmanley@clf.org>; Ameya Gehi <agehi@clf.org>; Stephanie Yu <syu@clf.org>; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>
**Subject:** RE: [EXTERNAL] CLF v. Pike (D. Conn.) -- Expert Reports

Thank you, Mike.

**Ana McMonigle**
Senior Attorney | CLF Connecticut
*Pronouns: she/her/hers*
**P**: 203.298.7692
**E**: amcmonigle@clf.org

---

**From:** Miller, Michael <mmiller@wiggin.com>
**Sent:** Thursday, July 24, 2025 1:19 PM
**To:** Ana McMonigle <amcmonigle@clf.org>; Doroghazi, John <JDoroghazi@wiggin.com>; Booth, Chloe <CBooth@wiggin.com>
**Cc:** Christopher Kilian <ckilian@clf.org>; Zack Manley <zmanley@clf.org>; Ameya Gehi <agehi@clf.org>; Stephanie Yu <syu@clf.org>; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>
**Subject:** RE: [EXTERNAL] CLF v. Pike (D. Conn.) -- Expert Reports

CAUTION: Email from outside CLF.

We are very sorry to hear this, Ana. Pike consents to the request below.

**Michael L. Miller**
Direct: 203.498.4438 | Cell: 203.909.7662 | mmiller@wiggin.com
www.wiggin.com



BOSTON | CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | FLORIDA

---

**From:** Ana McMonigle <amcmonigle@clf.org>
**Sent:** Thursday, July 24, 2025 12:31 PM
**To:** Miller, Michael <mmiller@wiggin.com>; Doroghazi, John <jdoroghazi@wiggin.com>; Booth, Chloe <cbooth@wiggin.com>
**Cc:** Christopher Kilian <ckilian@clf.org>; Zack Manley <zmanley@clf.org>; Ameya Gehi <agehi@clf.org>; Stephanie Yu <syu@clf.org>; Ext. Guest - Chance Raymond <chancethelawyer@gmail.com>
**Subject:** [EXTERNAL] CLF v. Pike (D. Conn.) -- Expert Reports

**WARNING!** External email. Do not click/open unexpected links/attachments.

Counsel,

As you know, the deadline for CLF to provide expert reports is August 4, 2025. Our experts are in the process of drafting their reports. However, one of our experts will need additional time beyond the August 4 deadline to complete their report.

This expert's eldest child was admitted to the emergency room yesterday, and, as far as I am aware, the situation remains in flux. Additionally, this expert is a primary contact for an elderly family member, who is seriously ill and has been in and out of the hospital in recent weeks. This expert has had to step away from their work in this case already due to the need to care for their family member and manage corresponding familial obligations. As I understand it, there is a high chance that this expert's family member will continue to be in and out of the hospital over the next couple weeks as his health has been very poor and unstable at times.

Given this situation, would Pike agree to an extension of the August 4 deadline for this one expert up to and including August 11, 2025?

Best,
Ana

**Ana McMonigle**
Senior Attorney
CLF Connecticut
*Pronouns: she/her/hers*

195 Church Street
Mezzanine Level, Suite B
New Haven, CT 06510

**P**: 203.298.7692
**E**: amcmonigle@clf.org

**For a thriving New England**



Facebook | Twitter | LinkedIn

CONFIDENTIALITY NOTICE

This e-mail message from Conservation Law Foundation is intended only for the individual to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.

---

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected under applicable law from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic mail or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify the sender or **Wiggin and Dana LLP** at **203-498-4400** immediately and then delete the original message (including any attachments) in its entirety. We take steps to protect against viruses and other malicious code but advise you to carry out your own checks and precautions as we accept no liability for any which remain. We may monitor electronic mail sent to and from our server(s) to ensure regulatory compliance to protect our clients and business.

Disclosure under U.S. IRS Circular 230: **Wiggin and Dana LLP** informs you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.