UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
CIVIL STANDARD MINUTES

Date: **1/7/26**

**Conservation Law Foundation, Inc.**
Vs.
**Pike Fuels Limited Partnership**

Start Time: **1:04 p.m.**    End Time: **2:15 p.m.**
Recess (if more than ½ hr) _____ to _____
Total Time **1** hour(s) **11** minute(s)

Case #: **3:21CV932 (SVN)**
Honorable Judge: **T. O. Farrish**
Deputy Clerk: **R. K. Wood**
Counsel for Pla(s): **A. McMonigle, A. Leshak**
Counsel for Dft(s): **J. Doroghazi**
Reporter/ECRO/Courtsmart: **Court Smart**
Interpreter: _____ Language: _____
Hearing held: ☑ in person ☐ by video ☐ by telephone

**HEARING AND TIME**

| ■ Motion/Oral Argument | ☐ Show Cause Hearing | ☐ Evidentiary Hearing |
| ☐ Judgment Debtor Exam | ☐ Pretrial Conference | ☐ Scheduling Conference |
| ☐ Status Conference | ☐ Settlement Conference | ☐ Other: _____ |

**MOTIONS**

■ Motion **Second to Compel** _____ filed by ■ Pla ☐ Dft ☐ granted ☐ denied ■ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

**NOTES**

Rev. 3/21/24